# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

JASON M. HEID
*Defendant*

MAGISTRATE JUDGE: EDWARD S. KIEL

CASE NO. 2:20-mj-08090-JAD-1

DATE OF PROCEEDINGS: 3/4/2020

DATE OF ARREST: _____

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [x] APPT. OF COUNSEL: [ ] AFPD [x] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: 100,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED NJ
- [x] REPORT TO PRETRIAL SERVICES
- [x] DRUG TESTING AND/OR TREATMENT
- [x] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: LAUREN REPOLE

DEFT. COUNSEL: MARC E. LEIBMAN

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 2:45 PM
TIME TERMINATED: 2:50 PM
CD NO: ECR

ANTHONY SODONO
DEPUTY CLERK