RUDNICK, ADDONIZIO, PAPPA & CASAZZA
25 VILLAGE COURT
HAZLET, NEW JERSEY 07730
(732) 264-4400

ATTORNEY FOR DEFENDANT

| | |
|---|---|
| PLAINTIFF | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Mag. No. 20-8090 |
| UNITED STATES OF AMERICA | |
| VS. | |
| JASON M. HEID | CRIMINAL ACTION |
| DEFENDANT | SUBSTITUTION OF ATTORNEY |

The undersigned hereby consent to the substitution of Michael J. Pappa, Esq., as Attorney(s) for the defendant, JASON M. HEID, in the above entitled cause.

RUDNICK, ADDONIZIO, PAPPA & CASAZZA, P.C.

_____
MICHAEL J. PAPPA
Superseding Attorney

KAUFMAN, SEMERARO & LEIBMAN

_____
MARC E. LEIBMAN
Withdrawing Attorney

DATED: August 11, 2020